# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 12-11295 ELF |
| **PAMELA LENORA WHEELER** | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| **TOYOTA MOTOR CREDIT CORPORATION** | : | |
| Movant | : | |
| v. | : | |
| **PAMELA LENORA WHEELER** | : | |
| Respondent | : | |
| | : | |

## CERTIFICATION OF NO ANSWER

I counsel for the Movant, hereby certify that no answer has been served or filed to the Motion for Relief and that a Default Order may be entered granting the Movant relief from the automatic stay.

Date: July 27, 2016

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **PAMELA LENORA WHEELER** : | BK. No. 12-11295 ELF |
| Debtor : | |
| : | Chapter No. 13 |
| **TOYOTA MOTOR CREDIT CORPORATION** : | |
| Movant : | |
| v. : | |
| **PAMELA LENORA WHEELER** : | |
| Respondent : | |
| : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I caused to be mailed a true and correct copy of the Certificate of No Answer to the interested parties listed below by First Class Mail or by electronic means.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)   PAMELA LENORA WHEELER
1234 Market Street, Suite 1813              14 ELDER AVENUE
PHILADELPHIA, PA 19107                      YEADON, PA 19050

GEORGETTE MILLER, ESQUIRE
335 EVESHAM AVENUE
LAWNSIDE, NJ 08045
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616

**PHELAN HALLINAN DIAMOND & JONES, LLP**

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Jerome Blank                                         REPRESENTING LENDERS IN
                                                     Pennsylvania

July 27, 2016

**MEMORANDUM**

| | |
|---|---|
| **TO:** | TOYOTA MOTOR CREDIT CORPORATION |
| **ATTN:** | BANKRUPTCY DEPARTMENT |
| **RE:** | PAMELA LENORA WHEELER |
| **Loan No:** | 00070402963734680001 |

Enclosed please find a copy of the Certification of No Answer, which has been filed with the Court.

Very Truly Yours,

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616

/attorneyId/ / kcc
enc

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS IS NOT AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT.  WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.

**PHELAN HALLINAN DIAMOND &
JONES, LLP**

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Jerome Blank

Representing Lenders in
Pennsylvania

July 27, 2016

GEORGETTE MILLER, ESQUIRE
335 EVESHAM AVENUE
LAWNSIDE, NJ 08045

**Movant:**  **TOYOTA MOTOR CREDIT CORPORATION**
**Re:**       **PAMELA LENORA WHEELER**
              **Bankruptcy No.:  12-11295 ELF**

Dear Counselor:

      Enclosed please find a copy of the Certification of No Answer, the original of which has been filed with Bankruptcy Court in the above-referenced matter.

Very truly yours,

/s/ Jerome Blank
Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000
Fax Number: 215-568-7616
enc

cc:    PAMELA LENORA WHEELER
       WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
       UNITED STATES TRUSTEE
       TOYOTA MOTOR CREDIT CORPORATION
       ATTENTION:  BANKRUPTCY DEPARTMENT
       ACCOUNT NO.: 00070402963734680001

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION RECEIVED WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS IS NOT AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT.  WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| PAMELA LENORA WHEELER | : | BK. No. 12-11295-ELF |
| Debtor | : | |
| | : | Chapter No. 13 |
| TOYOTA MOTOR CREDIT CORPORATION | : | |
| Movant | : | |
| v. | : | |
| PAMELA LENORA WHEELER | : | |
| Respondent | : | 11 U.S.C. §362 |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of TOYOTA MOTOR CREDIT CORPORATION , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a 2006 MERCEDES SLK280 CV bearing vehicle identification number WDBWK54F36F128186 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law; and it is further

**ORDERED** that this Order shall become effective immediately without regard to Bankr.R. 4001(a)(3).

_____
**ERIC L. FRANK**
*CHIEF U.S. BANKRUPTCY JUDGE*