# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| **PAMELA LENORA WHEELER** | : | BK. No. 12-11295-ELF |
| Debtor | : | |
| | : | Chapter No. 13 |
| **TOYOTA MOTOR CREDIT CORPORATION** | : | |
| Movant | : | |
| v. | : | |
| **PAMELA LENORA WHEELER** | : | |
| Respondent | : | 11 U.S.C. §362 |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of TOYOTA MOTOR CREDIT CORPORATION , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's in rem rights in the personal property described as a 2006 MERCEDES SLK280 CV bearing vehicle identification number WDBWK54F36F128186 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law; and it is further

**ORDERED** that this Order shall become effective immediately without regard to Bankr.R. 4001(a)(3).

**Order entered by default.**

Date: 7/28/16

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**