United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 12-11295-elf
Pamela Lenora Wheeler                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 1              Date Rcvd: Jul 28, 2016
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
db            +Pamela Lenora Wheeler,    14 Elder Avenue,    Yeadon, PA 19050-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
          GEORGETTE  MILLER   on behalf of Debtor Pamela Lenora Wheeler info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com
          JEROME B. BLANK   on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          JOSEPH PATRICK SCHALK   on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          STEVEN B. KANTROWITZ   on behalf of Creditor   Toyota Motor Credit Corporation skantro@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| **PAMELA LENORA WHEELER** | : | **BK. No. 12-11295-ELF** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **TOYOTA MOTOR CREDIT CORPORATION** | : | |
| **Movant** | : | |
| **v.** | : | |
| **PAMELA LENORA WHEELER** | : | |
| **Respondent** | : | **11 U.S.C. §362** |


### ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of TOYOTA MOTOR CREDIT CORPORATION , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's in rem rights in the personal property described as a 2006 MERCEDES SLK280 CV bearing vehicle identification number WDBWK54F36F128186 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law; and it is further

**ORDERED** that this Order shall become effective immediately without regard to Bankr.R. 4001(a)(3).

**Order entered by default.**

Date:  7/28/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**