# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Pamela Lenora Wheeler  
       Debtor(s)

CHAPTER 13

BKY. NO. 12-11295 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1916

                                                Respectfully submitted,

                                                **/s/Thomas Puleo, Esquire**  
                                                Thomas Puleo, Esquire  
                                                Brian C. Nicholas, Esquire  
                                                KML Law Group, P.C.  
                                                701 Market Street, Suite 5000  
                                                Philadelphia, PA 19106-1532  
                                                (215) 825-6306  FAX (215) 825-6406