IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Pamela Wheeler | : CHAPTER 13 |
| | : |
| Debtor, | : CASE NO. 12-11295 mdc |

CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on <u>April 4, 2017,</u> as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor's Attorney Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: <u>April 24, 2017</u>

/s/ Georgette Miller
Georgette Miller

Law Offices of Georgette Miller Esq., P.C
335 Evesham Avenue
Lawnside, NJ 08045
856-323-1100
Bar I.D. 86358
Attorney for Debtor

{00265213;v1}