*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Pamela Lenora Wheeler
    Debtor(s)

Case No: 12–11295–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation for GEORGETTE MILLER, Debtor's Attorney, Period: 2/12/2012 to 4/4/2017, Fee: $1500, Expenses: $. Filed by GEORGETTE MILLER

    on: 5/2/17

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/26/17

Timothy B. McGrath
Clerk of Court

153 – 149
Form 167