United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pamela Lenora Wheeler  
    Debtor

Case No. 12-11295-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Pamela    Page 1 of 1    Date Rcvd: Apr 26, 2017  
                        Form ID: 167    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db          +Pamela Lenora Wheeler,    14 Elder Avenue,    Yeadon, PA 19050-2820
cr           ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
cr          +Toyota Motor Credit Corporation,    c/o Kantrowitz & Phillippi, LLC,
              Ste 320, 1835 Market Street,    Philadelphia, PA 19103-2964
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 01:34:37      GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
cr           E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2017 01:34:41      LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2017 01:40:44
              PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr          +E-mail/Text: bncmail@w-legal.com Apr 27 2017 01:39:43      Vanda, LLC,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 4
```

        **\*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\***  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              GEORGETTE    MILLER     on behalf of Debtor Pamela Lenora Wheeler info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Pamela Lenora Wheeler
    Debtor(s)

Case No: 12−11295−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation for GEORGETTE MILLER, Debtor's Attorney, Period: 2/12/2012 to 4/4/2017, Fee: $1500, Expenses: $. Filed by GEORGETTE MILLER

on: 5/2/17

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 4/26/17

For The Court

Timothy B. McGrath
Clerk of Court

153 − 149
Form 167