# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Pamela Wheeler** : **CHAPTER 13**
:
**Debtor,** : **CASE NO. 12-11295 mdc**

## ORDER APPROVING COUNSEL FEE

AND NOW, this __2nd__ day of __May__, 2017, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses submitted by Law Offices of Georgette Miller, Esq, P.C, counsel for Debtor, it is hereby **ORDERED** that additional counsel fees in and costs the amount of $1,500.00 are **ALLOWED** as an administrative expense, in addition to the amount previously allowed by prior Order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

{00265213;v1}