United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pamela Lenora Wheeler  
    Debtor

Case No. 12-11295-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2     Date Rcvd: Sep 08, 2017  
                     Form ID: 138NEW     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.

```
db            +Pamela Lenora Wheeler,    14 Elder Avenue,    Yeadon, PA 19050-2820
cr            +Toyota Motor Credit Corporation,    c/o Kantrowitz & Phillippi, LLC,
                Ste 320, 1835 Market Street,    Philadelphia, PA 19103-2964
12671105      +Aes/Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
12671106      +Aes/Pheaa,    1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
12671107      +Aes/Pnc Natl City,    1200 N 7th St,    Harrisburg, PA 17102-1419
12671108      +Amc Mortgage Services,    2677 N. Main St., Ste. 140,    Santa Ana, CA 92705-6659
12671109      +American,    10440 Little Patuxent Parkway P.O. Box,    Columbia, MD 21044-3569
12709489      +American Home Mortgage Servicing, Inc.,    Bankruptcy Department,
                1525 S. Beltline Road Suite 100 North,    Coppell, Texas 75019-4913
12671111      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
12671113      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12671114      +Creditech,    50 North 7th St,    Bangor, PA 18013-1791
12879974      +Deutsche Bank National Trust Co.,    c/o Joshua I. Goldman, Esq.,    KML Law Group PC,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839160      +Deutsche Bank National Trust Co.,    c/o Thomas Puleo, Esq.,    KML Law Group P.C.,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
12747604       ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12786218       Figi's Inc.,    Attn: Recovery Operations,    PO Box 7713,    Marshfield, WI 54449-7713
12671115      +Figis Inc,    3200 S Central Ave,    Marshfield, WI 54404-0002
12671116      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12671118      +Meridian Financial Svc,    21 Overland Industrial B,    Asheville, NC 28806-1376
12671121       Safe Home,    Rocky Hill, CT 06067
12671125      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
12671124      +Thinkcashfbd,    Brandywine Commons 1000 Rocky Run Par,    Wilmington, DE 19803-1455
12695291       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12671126      +Wfcb/Hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
12671127      +Wfnnb/Ashley Stewart,    220 W Schrock Rd,    Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:32:57     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 02:36:48     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
12671110       E-mail/Text: terri@assetresources.com Sep 09 2017 02:32:41     Asset Resources,
                298 Coon Rapids Blvd.,    Coon Rapids, MN 55433
12671104      +E-mail/Text: equiles@philapark.org Sep 09 2017 02:33:43     Acs Inc,    Pob 41818,
                Philadelphia, PA 19101-1818
12810631       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 02:36:27
                Ashley Funding Services, LLC its successors and,    assigns as assignee of LabCorp,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12700426      +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:26     CANDICA, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12671112       E-mail/Text: bankruptcy@cashcall.com Sep 09 2017 02:33:41     Cashcall Inc,
                1600 S Douglass Rd,    Anaheim, CA 92806
12671117      +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 02:36:19     Gecrb/Lord & Tay,    Po Box 981400,
                El Paso, TX 79998-1400
12768794      +E-mail/Text: cio.bncmail@irs.gov Sep 09 2017 02:31:20     Internal Revenue Service,
                P O Box 7346,    Philadelphia, Pa 19101-7346
13173437       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 02:36:25     LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12810632       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 02:36:27
                LVNV Funding, LLC its successors and assigns as,    assignee of Cash Call, Inc,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12720109      +E-mail/Text: bknotice@ncmllc.com Sep 09 2017 02:32:28     National Capital Management, LLC,
                agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                Memphis, TN 38125-1741
12671119      +E-mail/Text: bgiron@ncsplus.com Sep 09 2017 02:31:22     Ntl Crdt Sys,    117 E 24th St- 5th Fl,
                New York, NY 10010-2937
12749399       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:56:49
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13037399      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:45:27
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12734656       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:45
                Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12678821       E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2017 02:31:28
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
12678823       E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2017 02:31:28
                 Quantum3 Group LLC as agent for,    World Financial Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
12680668       E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2017 02:31:28
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
12680657       E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2017 02:36:21
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12671122       E-mail/PDF: cbp@onemainfinancial.com Sep 09 2017 02:36:18      Springleaf Financial S,
                 501 S 69th St,    Upper Darby, PA 19082
12671123       E-mail/PDF: cbp@onemainfinancial.com Sep 09 2017 02:36:18      Springleaf Financial S,
                 Po Box 3251,    Evansville, IN 47731
12829954       E-mail/PDF: cbp@onemainfinancial.com Sep 09 2017 02:36:48      Springleaf Financial Services,
                 PO Box 971,    Evansville, IN 47706
12968795      +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:41       Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
cr*           +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*           +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12671120*     +Ntl Crdt Sys,    117 E 24th St 5th Floor,   New York, NY 10010-2937
                                                                                       TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              ANDREW SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              GEORGETTE MILLER    on behalf of Debtor Pamela Lenora Wheeler info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Pamela Lenora Wheeler
    Debtor(s)

Bankruptcy No: 12−11295−elf
Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>   900 Market Street
>   Suite 400
>   Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17