United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-11295-elf
Pamela Lenora Wheeler                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Oct 17, 2017
                              Form ID: 212         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +Pamela Lenora Wheeler,   14 Elder Avenue,   Yeadon, PA 19050-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          GEORGETTE  MILLER    on behalf of Debtor Pamela Lenora Wheeler info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
          THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                   TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                Chapter: 13

      Pamela Lenora Wheeler

Debtor(s)                                                         Case No: 12–11295–elf

_____

*ORDER*

      AND NOW, 10/17/17 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

      ☑ A statement regarding completion of an instructional course concerning
      personal financial management, (Official Form B423) or a request for a waiver
      from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q),
      (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

      For The Court

      Eric L. Frank

      Chief Judge ,United States
      Bankruptcy Court