United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-11295-elf
Pamela Lenora Wheeler                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Oct 27, 2017
                             Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Pamela Lenora Wheeler,    14 Elder Avenue,    Yeadon, PA 19050-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
     ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
     GEORGETTE   MILLER    on behalf of Debtor Pamela Lenora Wheeler info@georgettemillerlaw.com,
      georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
      rlaw.com;r50524@notify.bestcase.com
     JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
      bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
     STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
     THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
      tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                  TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Pamela Lenora Wheeler                                              : Case No. 12−11295−elf
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Eric L. Frank
                    Chief Judge , United States Bankruptcy Court